**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **DARWIN CRAWFORD and** | § | |
| **CHARLOTTE CRAWFORD,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 9:10-CV-132** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S,** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is the defendant Allstate Texas Lloyd's Motion to Enforce Settlement Agreement [doc. #11]. The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of and recommended disposition on case-dispositive pretrial motions.

On October 11, 2011, Judge Giblin issued his report and recommendation in which he recommended that the Court deny the motion to enforce the settlement agreement without prejudice to reassert. The parties have not filed objections to the magistrate judge's report. The Court has received and considered the report of the United States Magistrate Judge, along with the record and pleadings. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted.

Based upon the magistrate judge's findings of fact and recommended disposition, the Court **ORDERS** that the Report and Recommendation on the Motion to Enforce Settlement Agreement [doc. #23] is **ADOPTED**. The Court further **ORDERS** that defendant Allstate Texas Lloyd's

Motion to Enforce Settlement Agreement [doc. #11] is **DENIED** at this time, without prejudice to reassert.

So **ORDERED** and **SIGNED** this **8**   day of **November, 2011.**

_____

Ron Clark, United States District Judge